**EXHIBIT A**

As stated in Defendants The TJX Companies, Inc. and Marshalls of MA, Inc.'s Notice of Removal, Defendants attach certified copies of the following documents:

1. Plaintiff's Original Petition, filed April 29, 2021;
2. Request for Issuance of Service, TJX Companies, Inc. filed April 29, 2021;
3. Request for Issuance of Service, TJX Companies, Inc. d/b/a Marshalls filed April 29, 2021;
4. Request for Issuance of Service, Marshalls of MA, Inc. filed April 29, 2021;
5. Filing letter, filed April 29, 2021;
6. Citation served TJX Companies Inc. (d/b/a Marshalls) by delivering to the Texas Secretary of State, filed May 19, 2021;
7. Citation served Marshalls of MA, Inc. by delivering to the Texas Secretary of State filed May 19, 2021;
8. Citation served TJX Companies, Inc. by delivering to the Texas Secretary of State, filed May 20, 2021;
9. Original Answer of Defendants The TJX Companies, Inc. and Marshalls of MA, Inc., filed June 4, 2021; and
10. Docket Sheet.

4/29/2021 5:53 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 52975015
By: Maria Rodriguez
Filed: 4/29/2021 5:53 PM

2021-25827 / Court: 215

CAUSE NO. ____________

| | | |
|---|---|---|
| LINDA ORTIZ CONTRERAS<br>Plaintiff | §<br>§<br>§ | IN THE DISTRICT COURT |
| VS. | §<br>§ | OF HARRIS COUNTY, TEXAS |
| TJX COMPANIES, INC.,<br>TJX COMPANIES, INC. D/B/A<br>MARSHALLS, MARSHALLS OF MA, INC.<br>JOHN/JANE DOE AND JOHN/JANE DOE<br>Defendants | §<br>§<br>§<br>§<br>§ | _____ JUDICIAL DISTRICT |

## PLAINTIFF'S FIRST ORIGINAL PETITION

COMES NOW LINDA ORTIZ CONTRERAS, Plaintiff, complaining of TJX COMPANIES, INC., TJX COMPANIES, INC. D/B/A MARSHALLS, MARSHALLS OF MA, INC., AND JOHN/JANE DOE Defendants, and for cause of action shows:

## A. APPLICABLE DISCOVERY CONTROL PLAN

1. Plaintiff intends to conduct discovery under Level 2 of the Texas Rule of Civil Procedure 190.3.

## B. PARTIES

2. Plaintiff, LINDA ORTIZ CONTRERAS, is an individual and resident of Houston, Harris County, Texas.

3. Defendant, TJX COMPANIES, INC. is a foreign company organized and existing under the laws of Massachusetts whose principal office is located at 770 Cochituate Road, Framingham, MA 01701 and may be served with process by serving the Texas Secretary of State at 1019 Brazos Street, Austin, Texas 78701, as Defendant's agent for service because Defendant has not designated or maintained a resident agent for service of process in Texas.

Certified Document Number: 95592438 - Page 1 of 7

4. Defendant, TJX COMPANIES, INC. D/B/A MARSHALLS is a foreign company organized and existing under the laws of Massachusetts whose principal office is located at 770 Cochituate Road, Framingham, MA 01701 and may be served with process by serving the Texas Secretary of State at 1019 Brazos Street, Austin, Texas 78701, as Defendant's agent for service because Defendant has not designated or maintained a resident agent for service of process in Texas.

5. Defendant, MARSHALLS OF MA, INC. is a foreign company organized and existing under the laws of Massachusetts whose principal office is located at 770 Cochituate Road, Framingham, MA 01701 and may be served with process by serving the Texas Secretary of State at 1019 Brazos Street, Austin, Texas 78701, as Defendant's agent for service because Defendant has not designated or maintained a resident agent for service of process in Texas.

6. Defendant, JOHN/JANE DOE, is an unknown employee of TJX COMPANIES, INC., TJX COMPANIES, INC. D/B/A MARSHALLS and MARSHALLS OF MA, INC., who was designated to supervise the fitting room area, at the time of the incident made the basis of this suit. This Defendant's identity and whereabouts are currently unknown. Plaintiff files suit against this "John/Jane Doe" defendant for the purpose of preserving the Statute of Limitations against this Defendant and intends to serve said individual with citation and process when his/her identity becomes known.

## C. VENUE AND JURISDICTION

7. Venue is proper in Harris County, Texas because all or a substantial part of the events or omissions occurred in this county.

Certified Document Number: 95592438 - Page 2 of 7

8. The Court has jurisdiction over Defendants because Defendants engage in business in Harris County, Texas. The Court has jurisdiction over the controversy because the damages are within the jurisdictional limits of this Court.

## D. FACTS

9. On April 29, 2019, Plaintiff, LINDA ORTIZ CONTRERAS, was shopping at defendants' store located at 5760 Hollister St, Houston, Texas 77040 operated under the name of Marshalls. As Plaintiff went into the fitting rooms provided by Defendants at the store for its patrons, Plaintiff closed the door and as the door was closing, it fell off the hinges and hit Plaintiff on the head. Plaintiff notified JOHN/JANE DOE a Marshalls employee who wrote a report of the incident.

## E. PREMISES LIABILITY

10. Plaintiff, LINDA ORTIZ CONTRERAS, was an invitee at the time of the injury because she was a customer at Defendants' store. Because Defendants' business was open to the public, Defendants extended an invitation to Plaintiff to shop at Defendants' store. Defendants thus owed Plaintiff the duty to inspect the premises and maintain them in a reasonably safe manner.

11. Defendants were the owner and operator of the Marshalls store where Plaintiff was injured.

12. The condition on the premises posed an unreasonable risk of harm. The faulty broken door was a foreseeable risk that a customer in the store, specifically in the fitting rooms, would receive injuries.

Certified Document Number: 95592438 - Page 3 of 7

13. Defendants knew or reasonably should have known of the conditions of the premises because Defendants, and/or its agents, servants or employees were aware that the doors were not secured properly and required maintenance.

14. Defendants had a duty to use ordinary care to ensure that the premises did not present a danger to Plaintiff. This duty includes the duty to inspect and the duty to warn or to cure. Defendants breached their duty of care by both failing to inspect, failing to make the condition reasonably safe and failing to adequately warn the Plaintiff of any possible risks while using their fitting rooms.

15. Defendants' breach of duty proximately caused injury to Plaintiff, which resulted in Plaintiff's injuries.

16. Plaintiff seeks unliquidated damages within the jurisdictional limits of this court.

## F. NEGLIGENT ACTIVITY

17. In the alternative, Plaintiff would show that the injury to Plaintiff was due in whole or in part to the negligence of Defendants, TJX COMPANIES, INC., TJX COMPANIES, INC. D/B/A MARSHALLS, MARSHALLS OF MA, INC., its agents, servants, and/or employees in failing to use ordinary care to protect persons from dangerous activities. Specifically, Defendants their agents, servants, and/or employees failed to warn Plaintiff of the dangerous activity that caused the injuries made the basis of this suit occurred.

Certified Document Number: 95592438 - Page 4 of 7

18. The foregoing acts or omissions constituted negligence that in whole or in part caused the occurrence made the basis of this action, and the injuries and damages that Plaintiff suffered.

## G. DAMAGES

19. As a result of Defendants' negligence, Plaintiff suffered the following damages, which are within the jurisdictional limits of this Court:

a. Physical pain in the past, present and future;

b. Mental anguish in the past, present and future;

c. Physical impairment in the past, present and future;

d. Medical expenses in the past, present and future;

e. Physical disfigurement in the past, present and future;

e. Lost wages; and

f. Loss of earning capacity.

## H. PRAYER

20. Plaintiff has suffered in the past and will suffer in the future bodily injuries as a result of the incident made the basis of this suit. Upon trial of this cause, Plaintiff will respectfully requests the Court or jury to determine the amount of loss that Plaintiff has incurred in the past and will incur in the future, not only from a financial standpoint, but also in terms of good health and freedom from pain and worry as a direct and proximate result of Defendants' negligence. There are certain elements of damages provided by law that Plaintiff is entitled to have the Court or jury in this

Certified Document Number: 95592438 - Page 5 of 7

case consider to determine the sum of money, for each element, that will fairly and reasonably compensate them for the injuries, damages and losses incurred in the past and to be incurred in the future.

21. Plaintiff believes that a fair and reasonable assessment of the damages and losses sustained as a result of Defendants' acts, omissions and/or conduct is within the jurisdictional limits of this Court.

22. Under Rule 47 of the Texas Rules of Civil Procedure, Plaintiff is required to state the amount of monetary relief sought. Plaintiff believes each element of damage referenced above and sought by Plaintiff is solely within the sound discretion of the jury and will rely on the jury to determine the amount of damages to be awarded to Plaintiff. However, pursuant to Rule 47 of the Texas Rules of Civil Procedure, and in order to comply with the Rule only, Plaintiff states that she seeks monetary relief over $250,000.00 in the aggregate for all elements of recovery. Notwithstanding this required Rule 47 disclosure, the Plaintiff relies upon the good judgment of the jury. Plaintiff reserves the right to amend this amount prior to trial.

Respectfully submitted,

**GOMEL & ASSOCIATES, P.C.**

By: ______________________

Corey Gomel
State Bar No. 08115150
Dominique Bartholet
State Bar No. 24034335
1177 W. Loop South, Suite 1400
Houston, Texas 77027
(713) 961-7777 Telephone
(713) 961-7773 Telecopier
dbartholet@713abogado.com
ATTORNEYS FOR PLAINTIFF

Certified Document Number: 95592438 - Page 6 of 7

**DEFENDANTS DESIGNATED E-SERVICE EMAIL ADDRESS**

The following is the designated electronic service email addresses for Plaintiff's attorney(s) for all electronically served documents and notices, filed and unfiled, pursuant to the Tex. R. Civ. P. 21(f)(2) and 21(a): dbartholet@713abogado.com and alma@713abogado.com. Please be advised, this is the ONLY electronic service email addresses for the above-referenced Plaintiff's attorney(s). Service through any other email address will be considered INVALID.

Certified Document Number: 95592438 - Page 7 of 7




I, Marilyn Burgess, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this May 13, 2021

Certified Document Number: 95592438 Total Pages: 7

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

4/29/2021 5:53:34 PM
Marilyn Burgess - District Clerk
Harris County
Envelope No: 52975015
By: RODRIGUEZ, MARIA V
Filed: 4/29/2021 5:53:34 PM

2021-25827 / Court: 215

Marilyn Burgess
HARRIS COUNTY DISTRICT CLERK
201 Caroline | P.O. Box 4651 | Houston, Texas 77210-4651 | 832-927-5800 | www.hcdistrictclerk.com

## Request for Issuance of Service

CASE NUMBER: ______ CURRENT COURT: ______

Name(s) of Documents to be served: Original Petition / Citation

FILE DATE: 04/29/2021 Month/Day/Year

SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):

Issue Service to: TJX COMPANIES, INC.

Address of Service: 1019 Brazos Street

City, State & Zip: Austin, Texas 78701

Agent (if applicable) Texas Secretary of State

TYPE OF SERVICE/PROCESS TO BE ISSUED: (Check the proper Box)

- [x] Citation
- [ ] Citation by Posting
- [ ] Citation by Publication
- [ ] Citations Rule 106 Service
- [ ] Citation Scire Facias
- Newspaper______
- [ ] Temporary Restraining Order
- [ ] Precept
- [ ] Notice
- [ ] Protective Order
- [ ] Secretary of State Citation ($12.00)
- [ ] Capias (not an E-Issuance)
- [ ] Attachment
- [ ] Certiorari
- [ ] Highway Commission ($12.00)
- [ ] Commissioner of Insurance ($12.00)
- [ ] Hague Convention ($16.00)
- [ ] Garnishment
- [ ] Habeas Corpus
- [ ] Injunction
- [ ] Sequestration
- [ ] Subpoena
- [ ] Other (Please Describe) ______

(See additional Forms for Post Judgment Service)

SERVICE BY (*check one*):

- [ ] ATTORNEY PICK-UP (phone) ______
- [ ] MAIL to attorney at: ______
- [ ] CONSTABLE
- [ ] CERTIFIED MAIL by District Clerk
- [x] E-Issuance by District Clerk (No Service Copy Fees Charged)

*Note:* The email registered with EfileTexas.gov must be used to retrieve the E-Issuance Service Documents. Visit www.hcdistrictclerk.com for more instructions.

- [ ] CIVIL PROCESS SERVER - Authorized Person to Pick-up: ______ Phone: ______
- [x] OTHER, *explain* e-service to silvia@713abogado.com

Issuance of Service Requested By: Attorney/Party Name: Dominique Bartholet Bar # or ID 24034335

Mailing Address: 1177 West Loop South, Suite 1400

Phone Number: (713) 961-7777

Certified Document Number: 95592439 - Page 1 of 1




I, Marilyn Burgess, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this May 13, 2021

Certified Document Number: 95592439 Total Pages: 1

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

4/29/2021 5:53:34 PM
Marilyn Burgess - District Clerk
Harris County
Envelope No: 52975015
By: RODRIGUEZ, MARIA V
Filed: 4/29/2021 5:53:34 PM

Marilyn Burgess
HARRIS COUNTY DISTRICT CLERK

2021-25827 / Court: 215

201 Caroline | P.O. Box 4651 | Houston, Texas 77210-4651 | 832-927-5800 | www.hcdistrictclerk.com

## Request for Issuance of Service

**CASE NUMBER:** ______________ **CURRENT COURT:** ______________

**Name(s) of Documents to be served:** Original Petition / Citation

**FILE DATE:** 04/29/2021 Month/Day/Year

**SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):**

**Issue Service to:** TJX COMPANIES, INC. D/B/A MARSHALLS

Address of Service: 1019 Brazos Street

City, State & Zip: Austin, Texas 78701

Agent (if applicable) Texas Secretary of State

**TYPE OF SERVICE/PROCESS TO BE ISSUED:** (Check the proper Box)

☑ **Citation** ☐ **Citation by Posting** ☐ **Citation by Publication** ☐ **Citations Rule 106 Service**

☐ **Citation Scire Facias** **Newspaper**______________

☐ **Temporary Restraining Order** ☐ **Precept** ☐ **Notice**

☐ **Protective Order**

☐ **Secretary of State Citation ($12.00)** ☐ **Capias (not an E-Issuance)** ☐ **Attachment**

☐ **Certiorari** ☐ **Highway Commission ($12.00)**

☐ **Commissioner of Insurance ($12.00)** ☐ **Hague Convention ($16.00)** ☐ **Garnishment**

☐ **Habeas Corpus** ☐ **Injunction** ☐ **Sequestration**

☐ **Subpoena**

☐ **Other (Please Describe)** ______________

**(See additional Forms for Post Judgment Service)**

**SERVICE BY** ***(check one)*****:**

☐ **ATTORNEY PICK-UP (phone)** ______________

☐ **MAIL to attorney at:** ______________

☐ **CONSTABLE**

☐ **CERTIFIED MAIL by District Clerk**

☑ **E-Issuance by District Clerk**
**(No Service Copy Fees Charged)**

*Note:* The email registered with EfileTexas.gov must be used to retrieve the E-Issuance Service Documents. Visit www.hcdistrictclerk.com for more instructions.

☐ **CIVIL PROCESS SERVER -** Authorized Person to Pick-up: ______________ Phone: ______________

☑ **OTHER,** *explain* e-service to silvia@713abogado.com

**Issuance of Service Requested By:** Attorney/Party Name: Dominique Bartholet Bar # or ID 24034335

Mailing Address: 1177 West Loop South, Suite 1400

Phone Number: (713) 961-7777




I, Marilyn Burgess, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this May 13, 2021

Certified Document Number: 95592440 Total Pages: 1

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

4/29/2021 5:53:34 PM
Marilyn Burgess - District Clerk
Harris County
Envelope No: 52975015
By: RODRIGUEZ, MARIA V
Filed: 4/29/2021 5:53:34 PM

Marilyn Burgess
2021-25827 / Court: 215

HARRIS COUNTY DISTRICT CLERK

201 Caroline | P.O. Box 4651 | Houston, Texas 77210-4651 | 832-927-5800 | www.hcdistrictclerk.com

## Request for Issuance of Service

CASE NUMBER: ______________ CURRENT COURT: ______________

Name(s) of Documents to be served: Original Petition / Citation

FILE DATE: 04/29/2021 Month/Day/Year

SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):

Issue Service to: MARSHALLS OF MA, INC.

Address of Service: 1019 Brazos Street

City, State & Zip: Austin, Texas 78701

Agent (if applicable) Texas Secretary of State

TYPE OF SERVICE/PROCESS TO BE ISSUED: (Check the proper Box)

- ☑ Citation
- ☐ Citation by Posting
- ☐ Citation by Publication
- ☐ Citations Rule 106 Service
- ☐ Citation Scire Facias
- Newspaper ______________
- ☐ Temporary Restraining Order
- ☐ Precept
- ☐ Notice
- ☐ Protective Order
- ☐ Secretary of State Citation ($12.00)
- ☐ Capias (not an E-Issuance)
- ☐ Attachment
- ☐ Certiorari
- ☐ Highway Commission ($12.00)
- ☐ Commissioner of Insurance ($12.00)
- ☐ Hague Convention ($16.00)
- ☐ Garnishment
- ☐ Habeas Corpus
- ☐ Injunction
- ☐ Sequestration
- ☐ Subpoena
- ☐ Other (Please Describe) ______________

(See additional Forms for Post Judgment Service)

SERVICE BY (*check one*):

- ☐ ATTORNEY PICK-UP (phone) ______________
- ☐ MAIL to attorney at: ______________
- ☐ CONSTABLE
- ☐ CERTIFIED MAIL by District Clerk
- ☑ E-Issuance by District Clerk (No Service Copy Fees Charged)

*Note*: The email registered with EfileTexas.gov must be used to retrieve the E-Issuance Service Documents. Visit www.hcdistrictclerk.com for more instructions.

- ☐ CIVIL PROCESS SERVER - Authorized Person to Pick-up: ______________ Phone: ______________
- ☑ OTHER, *explain* e-service to silvia@713abogado.com

Issuance of Service Requested By: Attorney/Party Name: Dominique Bartholet Bar # or ID 24034335

Mailing Address: 1177 West Loop South, Suite 1400

Phone Number: (713) 961-7777

Certified Document Number: 95592441 - Page 1 of 1




I, Marilyn Burgess, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this May 13, 2021

Certified Document Number: 95592441 Total Pages: 1

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

4/29/2021 5:53:34 PM
Marilyn Burgess - District Clerk
Harris County
Envelope No: 52975015
By: RODRIGUEZ, MARIA V
Filed: 4/29/2021 5:53:34 PM

2021-25827 / Court: 215

**GOMEL & ASSOCIATES, P.C.**
ATTORNEYS AT LAW
1177 WEST LOOP SOUTH, SUITE 1400
HOUSTON, TEXAS 77027-9086
TELEPHONE (713) 961-7777
FACSIMILE (713) 961-7773
OFFICE@713ABOGADO.COM

COREY GOMEL
DOMINIQUE BARTHOLET

*Via Electronic Filing*

December 18, 2020

Ms. Marilyn Burgess
Harris County District Clerk
P.O. Box 4651
Houston, Texas 77210-4651

Re: Cause No. ________________; *Linda Ortiz Contreras vs. TJX Companies, Inc., TJX Companies, Inc. d/b/a Marshalls, Marshalls of Ma, Inc., and John/Jane Doe;* In the District Court of Harris County, Texas ________ Judicial District

Dear Ms. Burgess:

Attached for electronic filing are the following documents:

1. *Plaintiff's Original Petition.*

Please return the citation via e-service to silvia@713abogado.com. If you have any questions regarding the foregoing, please do not hesitate to call our office.

Very truly yours,

Dominique Bartholet

DB/sg
Attachments

Certified Document Number: 95592442 - Page 1 of 1




I, Marilyn Burgess, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this May 13, 2021

Certified Document Number: 95592442 Total Pages: 1

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

5/19/2021 1:37 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 53600127
By: Lakeisha Williams
Filed: 5/19/2021 1:37 PM

CAUSE NO. 202125827

COPY OF PLEADING PROVIDED BY PLT

RECEIPT NO.

886036

TRACKING NO: 73866093
EML

Plaintiff:
CONTRERAS, LINDA ORTIZ
vs.
Defendant:
TJX COMPANIES INC

In The 215thJudicial District Court of Harris County, TX

Houston, Texas

CITATION (SECRETARY OF STATE NON-RESIDENT)

THE STATE OF TEXAS
County of Harris

To: TJX COMPANIES INC (D/B/A MARSHALLS) MAY BE SERVED BY SERVING
THE TEXAS SECRETARY OF STATE
1019 BRAZOS STREET AUSTIN TEXAS 78701
FORWARD TO:
770 COCHITUATE ROAD, FRAMINGHAM MA 01701

Attached is a copy of PLAINTIFF'S ORIGINAL PETITION.

This instrument was filed on April 29, 2021 in the above cited cause number and court. The instrument attached describes the claim against you.

YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration date of 20 days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

TO OFFICER SERVING:
This citation was issued onApril 30, 2021, under my hand and seal of said court.

Issued at the request of:
BARTHOLET, DOMINIQUE BOUSSAC
1177 WEST LOOP SOUTH SUITE 1400
HOUSTON, TX 77027
713-961-7777
Bar Number: 24034335

DISTRICT COURT OF HARRIS COUNTY, TEXAS

Marilyn Burgess

Marilyn Burgess, District Clerk
Harris County, Texas
201 Caroline, Houston TX 77002
(POBox 4651, Houston, TX 77210)

Generated By: MARIA RODRIGUEZ



# AFFIDAVIT OF SERVICE

**State of Texas** **County of Harris** **215th Judicial District Court**

Case Number: 2021-25827

Plaintiff:
**LINDA ORTIZ CONTRERAS**

vs.

Defendant:
**TJX COMPANIES, INC., et al**

Received these papers on the 13th day of May, 2021 at 4:00 pm to be served on **TJX COMPANIES, INC. D/B/A MARSHALLS by delivering to THE TEXAS SECRETARY OF STATE, 1019 Brazos St., 1st Floor Lobby, Austin, Travis County, TX 78701.**

I, Vivian Smith, being duly sworn, depose and say that on the **14th day of May, 2021 at 1:35 pm, I:**

delivered true duplicate copies of this **Citation together with Plaintiff's First Original Petition** to the within named defendant, **TJX COMPANIES, INC. D/B/A MARSHALLS** by delivering to **THE TEXAS SECRETARY OF STATE**, by and through its designated agent, **MICHAEL ORTA**, at the address of: **1019 Brazos St., 1st Floor Lobby, Austin, Travis County, TX 78701**, having first endorsed upon both copies of such process the date of delivery and tendering the $55 Statutory Fee.

I certify that I am approved by the Judicial Branch Certification Commission, Misc. Docket No. 05-9122 under rule 103, 501, and 501.2 of the TRCP to deliver citations and other notices from any District, County and Justice Courts in and for the State of Texas. I am competent to make this oath; I am not less than 18 years of age, I am not a party to the above-referenced cause, I have not been convicted of a felony or a crime of moral turpitude, and I am not interested in the outcome of the above-referenced cause.

Subscribed and Sworn to before me on the 14th day of May, 2021 by the affiant who is personally known to me.

NOTARY PUBLIC

SCOTT L. THOMAS
NOTARY PUBLIC
STATE OF TEXAS
ID# 10407286
EXPIRES 1-9-2024

**Vivian Smith**
PSC-12617, Exp. 5/31/2022

Our Job Serial Number: THP-2021002359
Ref: 5660477, 5660559

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1z



Certified Document Number: 95923548 - Page 2 of 2




I, Marilyn Burgess, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this June 9, 2021

Certified Document Number: 95923548 Total Pages: 2

Marilyn Burgess

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

5/19/2021 1:37 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 53600127
By: Lakeisha Williams
Filed: 5/19/2021 1:37 PM

CAUSE NO. 202125827

COPY OF PLEADING PROVIDED BY PLT

RECEIPT NO.

886036

TRACKING NO: 73866094
EML

Plaintiff:
CONTRERAS, LINDA ORTIZ
vs.
Defendant:
TJX COMPANIES INC

In The 215thJudicial District
Court of Harris County, TX

Houston, Texas

CITATION (SECRETARY OF STATE NON-RESIDENT)

THE STATE OF TEXAS
County of Harris

To: MARSHALLS OF MA INC MAY BE SERVED BY SERVING THE TEXAS SECRETARY OF STATE
1019 BRAZOS STREET AUSTIN TEXAS 78701
FORWARD TO:
770 COCHITUATE ROAD, FRAMINGHAM MA 01701

Attached is a copy of PLAINTIFF'S ORIGINAL PETITION.

This instrument was filed on April 29, 2021 in the above cited cause number and court. The instrument attached describes the claim against you.

YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration date of 20 days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

TO OFFICER SERVING:
This citation was issued onApril 30, 2021, under my hand and seal of said court.

Issued at the request of:
BARTHOLET, DOMINIQUE BOUSSAC
1177 WEST LOOP SOUTH SUITE 1400
HOUSTON, TX 77027
713-961-7777
Bar Number: 24034335




Marilyn Burgess

Marilyn Burgess, District Clerk
Harris County, Texas
201 Caroline, Houston TX 77002
(POBox 4651, Houston, TX 77210)

Generated By: MARIA RODRIGUEZ



# AFFIDAVIT OF SERVICE

**State of Texas** **County of Harris** **215th Judicial District Court**

Case Number: 2021-26827

Plaintiff:
**LINDA ORTIZ CONTRERAS**

vs.

Defendant:
**TJX COMPANIES, INC., et al**

Received these papers on the 13th day of May, 2021 at 4:00 pm to be served on **MARSHALLS OF MA, INC. by delivering to THE TEXAS SECRETARY OF STATE, 1019 Brazos St., 1st Floor Lobby, Austin, Travis County, TX 78701.**

I, Vivian Smith, being duly sworn, depose and say that on the **14th day of May, 2021** at **1:35 pm, I:**

delivered true duplicate copies of this **Citation together with Plaintiff's First Original Petition** to the within named defendant, **MARSHALLS OF MA, INC.** by delivering to **THE TEXAS SECRETARY OF STATE,** by and through its designated agent, **MICHAEL ORTA,** at the address of: **1019 Brazos St., 1st Floor Lobby, Austin, Travis County, TX 78701,** having first endorsed upon both copies of such process the date of delivery and tendering the $55 Statutory Fee.

I certify that I am approved by the Judicial Branch Certification Commission, Misc. Docket No. 05-9122 under rule 103, 501, and 501.2 of the TRCP to deliver citations and other notices from any District, County and Justice Courts in and for the State of Texas. I am competent to make this oath; I am not less than 18 years of age, I am not a party to the above-referenced cause, I have not been convicted of a felony or a crime of moral turpitude, and I am not interested in the outcome of the above-referenced cause.

Subscribed and Sworn to before me on the 14th day of *May, 2021 by the affiant who is personally known to me.*

NOTARY PUBLIC

SCOTT L. THOMAS NOTARY-PUBLIC STATE OF TEXAS ID# 10407288 EXPIRES 1-9-2024

Vivian Smith
PSC-12617, Exp. 5/31/2022

Our Job Serial Number: THP-2021002358
Ref: 5660267, 5660477, 5660559

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1z



Certified Document Number: 95923549 - Page 2 of 2




I, Marilyn Burgess, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this June 9, 2021

Certified Document Number: 95923549 Total Pages: 2

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

5/20/2021 10:27 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 53633561
By: Lakeisha Williams
Filed: 5/20/2021 10:27 AM

CAUSE NO. 202125827

COPY OF PLEADING PROVIDED BY PLT

RECEIPT NO.

886036

TRACKING NO: 73866090
EML

Plaintiff:
CONTRERAS, LINDA ORTIZ
vs.
Defendant:
TJX COMPANIES INC

In The 215thJudicial District
Court of Harris County, TX

Houston, Texas

CITATION (SECRETARY OF STATE NON-RESIDENT)

THE STATE OF TEXAS
County of Harris

To: TJX COMPANIES INC MAY BE SERVED BY SERVING THE TEXAS SECRETARY OF STATE
1019 BRAZOS STREET AUSTIN TEXAS 78701
FORWARD TO:
770 COCHITUATE ROAD, FRAMINGHAM MA 01701

Attached is a copy of PLAINTIFF'S ORIGINAL PETITION.

This instrument was filed on April 29, 2021 in the above cited cause number and court. The instrument attached describes the claim against you.

YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration date of 20 days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

TO OFFICER SERVING:
This citation was issued onApril 30, 2021, under my hand and seal of said court.

Issued at the request of:
BARTHOLET, DOMINIQUE BOUSSAC
1177 WEST LOOP SOUTH SUITE 1400
HOUSTON, TX 77027
713-961-7777
Bar Number: 24034335




Marilyn Burgess

Marilyn Burgess, District Clerk
Harris County, Texas
201 Caroline, Houston TX 77002
(POBox 4651, Houston, TX 77210)

Generated By: MARIA RODRIGUEZ



# AFFIDAVIT OF SERVICE

**State of Texas** **County of Harris** **215th Judicial District Court**

Case Number: 2021-25827

Plaintiff:
**LINDA ORTIZ CONTRERAS**

vs.

Defendant:
**TJX COMPANIES, INC., et al**

Received these papers on the 13th day of May, 2021 at 4:00 pm to be served on **TJX COMPANIES, INC. by delivering to THE TEXAS SECRETARY OF STATE, 1019 Brazos St., 1st Floor Lobby, Austin, Travis County, TX 78701.**

I, Vivian Smith, being duly sworn, depose and say that on the **14th day of May, 2021 at 1:35 pm, I:**

delivered true duplicate copies of this **Citation together with Plaintiff's First Original Petition** to the within named defendant, **TJX COMPANIES, INC.** by delivering to **THE TEXAS SECRETARY OF STATE,** by and through its designated agent, **MICHAEL ORTA,** at the address of: **1019 Brazos St., 1st Floor Lobby, Austin, Travis County, TX 78701,** having first endorsed upon both copies of such process the date of delivery and tendering the $55 Statutory Fee.

I certify that I am approved by the Judicial Branch Certification Commission, Misc. Docket No. 05-9122 under rule 103, 501, and 501.2 of the TRCP to deliver citations and other notices from any District, County and Justice Courts in and for the State of Texas. I am competent to make this oath; I am not less than 18 years of age, I am not a party to the above-referenced cause, I have not been convicted of a felony or a crime of moral turpitude, and I am not interested in the outcome of the above-referenced cause.

Subscribed and Sworn to before me on the 17th day of *May, 2021 by the affiant who is personally known to me.*

NOTARY PUBLIC

SCOTT L. THOMAS
NOTARY PUBLIC
STATE OF TEXAS
ID# 10407288
EXPIRES 1-9-2024

**Vivian Smith**
PSC-12617, Exp. 5/31/2022

Our Job Serial Number: THP-2021002360
Ref: 5660559

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.2b



Certified Document Number: 95937950 - Page 2 of 2




I, Marilyn Burgess, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this June 9, 2021

Certified Document Number: 95937950 Total Pages: 2

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

6/4/2021 5:09 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 54129229
By: Iris Collins
Filed: 6/4/2021 5:09 PM

**CAUSE NO. 2021-25827**

| | | |
|---|---|---|
| **LINDA ORTIZ CONTRERAS** | § | **IN THE DISTRICT COURT OF** |
| | § | |
| **VS.** | § | **HARRIS COUNTY, TEXAS** |
| | § | |
| **TJX COMPANIES, INC., TJX COMPANIES, INC. D/B/A MARSHALLS, MARSHALLS OF MA, INC. JOHN/JANE DOE AND JOHN/JANE DOE** | § § § § § | **215TH JUDICIAL DISTRICT** |

**ORIGINAL ANSWER OF DEFENDANTS**
**THE TJX COMPANIES, INC. AND MARSHALLS OF MA, INC.**

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, **THE TJX COMPANIES, INC., incorrectly named as TJX COMPANIES, INC. D/B/A MARSHALLS and MARSHALLS OF MA, INC.**, Defendants in the above-entitled and numbered cause, and in answer to Plaintiff's Original Petition, would respectfully show unto the Court as follows:

## I.
## GENERAL DENIAL

Defendants deny each and every, singular and all, the allegations contained in Plaintiff's Petition, say that the allegations therein are not true, either in whole or in part, and demand strict proof thereof.

## II.
## AFFIRMATIVE DEFENSES

1. Defendants seek the jury submission of Plaintiff's comparative responsibility pursuant to Chapters 32 and 33 of the Texas Civil Practice & Remedies Code.

2. Plaintiff's damages, if any, are limited to only those damages actually paid on behalf of Plaintiff pursuant to § 41.0105 of the Tex. Civ. Prac. & Rem. Code.

3. Pleading further, alternatively, and by way of affirmative defense, Defendants would show, in the unlikely event that any liability is found on the part of the Defendants, that

Certified Document Number: 96201864 - Page 1 of 4

such liability be reduced by the percentage of the causation found to have resulted from the acts or omissions of any other third parties.

4. Pleading further, alternatively, and by way of affirmative defense, Defendants would state that in the unlikely event that an adverse judgment would be rendered against it, Defendants would respectfully request all available credits and/or offsets as provided by the Texas Civil Practice and Remedies Code and under Texas law.

5. Pleading further, and in the alternative, if such is necessary, and subject to the foregoing pleas and without waiving same, this action is subject to the proportionate responsibility provisions of Chapter 33 of the TEXAS CIVIL PRACTICE AND REMEDIES CODE, including (without limitation) the requirement of § 33.003, thereof that the trier of fact determine the relative responsibility of the Plaintiff, and responsible third parties.

6. Pleading further, alternatively, and by way of affirmative defense, Defendants would show that any claims for medical or health care expenses must be limited to the amounts actually paid or incurred by or on behalf of Plaintiff pursuant to TEX. CIV. PRAC. & REM. CODE § 41.0105.

7. Pleading further, alternatively, and by way of affirmative defense, Defendants would show that, pursuant to Section 18.091 of the TEX. CIV. PRAC. & REM. CODE., to the extent that Plaintiff is seeking recovery for loss of earnings, lost wages, loss of earning capacity, and/or loss of contributions of pecuniary value, evidence of this alleged loss must be presented by Plaintiff in the form of a net loss after reduction for income tax payments, or unpaid tax liability to any federal income tax law.

8. Pleading further, alternatively, and by way of affirmative defense, Defendants invoke limitations on interest, both prejudgment and post-judgment, contained in Chapter 304 of



Certified Document Number: 96201864 - Page 2 of 4

the TEX. FIN. CODE. Prejudgment interest on alleged future damages, if any, may not be assessed or recovered.

9. Pleading further, alternatively, and by way of affirmative defense, Defendants have no actual or constructive notice of any premise defect or other unreasonably dangerous condition in connection with the alleged incident.

## III.
## JURY DEMAND

10. Defendants respectfully demand a jury for the trial of this matter, and hereby tender the jury fee.

## IV.
## DIRECTED COMMUNICATION

11. Forward all communications regarding this matter to Kevin B. Tompkins at ktompkins@hartlinebarger.com; Jenni Fann at jfann@hartlinebarger.com, and Catrina Edling at cedling@hartlinebarger.com. Failure to include all requested individuals referenced above in all communications, notices, and filings, shall be deemed inadequate service.

WHEREFORE, PREMISES CONSIDERED, Defendants, **THE TJX COMPANIES, INC., incorrectly named as TJX COMPANIES, INC. D/B/A MARSHALLS and MARSHALLS OF MA, INC.**, pray that Plaintiff take nothing by reason of this suit, that Defendants be discharged, and that they go hence with their costs, and for all such other and further relief, both general and special, at law and in equity, to which Defendants may show themselves to be justly entitled.

Certified Document Number: 96201864 - Page 3 of 4

Respectfully submitted,

HARTLINE BARGER LLP

***/s/ Kevin B. Tompkins***

Kevin B. Tompkins
State Bar No. 20125690
Marshall G. Rosenberg
State Bar No. 12771450
1980 Post Oak Blvd., Suite 1800
Houston, Texas 77056
Telephone: 713-759-1990
Facsimile: 713-652-2419
ktompkins@hartlinebarger.com
mrosenberg@hartlinebarger.com
**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument was served upon the parties listed below by the method(s) indicated on June 4, 2021

Corey Gomel
Dominique Bartholet
Gomel & Associates, P.C.
1177 W. Loop South, Suite 1400
Houston, Texas 77027
dbartholet@713abrogado.com

***/s/ Kevin B. Tompkins***
Kevin B. Tompkins



Certified Document Number: 96201864 - Page 4 of 4




I, Marilyn Burgess, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this June 9, 2021

Certified Document Number: 96201864 Total Pages: 4

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

Harris County Docket Sheet

# 2021-25827

**COURT:** 215th

**FILED DATE:** 4/29/2021

**CASE TYPE:** Premises




**CONTRERAS, LINDA ORTIZ**

Attorney: BARTHOLET, DOMINIQUE BOUSSAC

vs.

**TJX COMPANIES INC**

Attorney: TOMPKINS, KEVIN BRENT

| Docket Sheet Entries | |
|---|---|
| Date | Comment |